UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KOMAIKO and MARCIE COOPERMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAKER TECHNOLOGIES, INC. and TILT HOLDINGS INC.,<br><br>Defendants. | Case No. 4:19-CV-03795-DMR<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE**<br><br>Magistrate Judge Donna M. Ryu<br><br>Trial Date:   TBD |

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation filed concurrently herewith, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' deadline for responding to Plaintiffs' Complaint is extended to October 4, 2019;

2. If applicable, the deadline for Plaintiffs to file an opposition to Defendants' responsive pleading shall be October 25, 2019, and Defendants' reply shall be filed on or before November 6, 2019; and

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE
Case No. 4:19-cv-03795-DMR

37884\12666092.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3. The hearing on any responsive pleading filed by Defendants shall be November 21, 2019, or thereafter as is convenient for the Court.

**IT IS SO ORDERED.**

DATED:  September ___, 2019

_____
Magistrate Judge Donna M. Ryu
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE
Case No. 4:19-cv-03795-DMR

2

37884\12666092.1